**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Harold Earl SCALLON, Defendant–**
**Appellant.**

**No. 08–40652**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

William D. Baldwin, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

Harold Earl Scallon, Longview, TX, pro se.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Harold Earl Scallon has moved for leave to

---

withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Scallon has filed a response. Our independent review of the record, counsel's brief, and Scallon's response discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.